UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Edita H., | File No. 26-cv-1053 (ECT/SGE) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, *in her official capacity as U.S. Attorney General*; Kristi Noem, *in her official capacity as Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement*; David Easterwood, *in his official capacity as Acting Director of St. Paul Field Office, U.S. Immigration and Customs Enforcement*; and Dora Castro, *in her official capacity as Warden, Otero County Processing Center*, | |
| Respondents. | |

---

Petitioner Edita H. is an Ecuadorian citizen who was taken into custody by Immigration and Customs Enforcement ("ICE") at the Immigration Court in Fort Snelling, Minnesota on January 22, 2026. Pet. [ECF No. 1] ¶¶ 10, 41, 51. Edita filed a Verified Petition for Writ of Habeas Corpus on February 4, 2026, seeking release, or in the alternative, a bond hearing. *See* Pet. At the time her Petition was filed, Edita was "being held in the Otero County Processing Center" in Otero County, New Mexico. *Id.* ¶¶ 10, 48; *see* ECF No. 6. Respondents have filed a motion to dismiss or to transfer Edita's Petition to the District of New Mexico, the district of Edita's confinement. ECF No. 6.

"[F]or core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004). "An exception is recognized, however, where the petitioner's location is unknown at the time of filing—such as when the petitioner is in transit—or where immigration authorities have not disclosed where the petitioner is being detained or by whom, and circumstances have prevented or precluded contact with counsel." *Adriana M.Y.M. v. Easterwood*, No. 26-cv-213 (JWB/JFD), 2026 WL 184721, at *2 (D. Minn. Jan. 24, 2026); *accord* Order at 1–2, *Fausto T. v. Bondi*, No. 26-cv-748 (PJS/EMB) (D. Minn. Jan. 28, 2026), ECF No. 3; Order at 2–3, *Angel A. v. Lyons*, No. 26-cv-777 (SRN/ECW) (D. Minn. Feb. 2, 2026), ECF No. 7. This exception does not apply here. It is undisputed that Edita was detained in New Mexico at the time she filed her Petition. *See* Pet. ¶¶ 10, 48. Accordingly, the Court lacks jurisdiction over Edita's Petition and will transfer it to the District of New Mexico.

Therefore, based on the foregoing, and on all the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1. Respondents' Motion to Dismiss or Transfer [ECF No. 6] is **GRANTED**.

2. Petitioner Edita's Verified Petition for Writ of Habeas Corpus [ECF No. 1] is **TRANSFERRED** to the United States District Court for the District of New Mexico.

Dated: February 9, 2026  s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court